## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Clayton & Minnie Jackson ) | Chapter 7 |
| ) | Case No.: 19-10254 |
| _____ ) | |

Now Come the Debtors in the above-captioned Chapter 7 case, Clayton & Minnie Jackson, and submit to the Court these amendments to the Schedules as follows:

### Schedules A/B, C

I declare under penalty of perjury that I have read the foregoing amendment and it is true and correct to the best of my knowledge, information and belief.

This _15TH_ day of _April_, 2019.

X _____
Debtor

X _____
Debtor

Presented and Prepared by:

_____
Terrance P. Leiden
Attorney for Debtor
GA Bar No. 445800

Leiden and Leiden
*A Professional Corporation*
330 Telfair Street
Augusta, GA 30901
706-724-8548
courtinfo@leidenandleiden.com

rev. 4/29/03

Fill in this information to identify your case and this filing:

Debtor 1: **Clayton C. Jackson**
Debtor 2 (Spouse, if filing): **Minnie L. Jackson**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF GEORGIA

Case number: 19-10254

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1
**4371 Marshall Way**
Street address, if available, or other description

**Evans**, **GA**, **30809-0000**
City, State, ZIP Code

**Columbia**
County

What is the property? Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
**To be surrendered. Property is $118,000 in arrears. Value given per 2018 Columbia County tax assessment.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? **$215,601.00**
Current value of the portion you own? **$215,601.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Joint tenant**

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................=> **$215,601.00**

**Part 2: Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on Schedule G: Executory Contracts and Unexpired Leases.

| Debtor 1 | Clayton C. Jackson |
|---|---|
| Debtor 2 | Minnie L. Jackson |

Case number *(if known)* **19-10254**

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

**3.1**
Make: **Dodge**
Model: **Dakota 2WD pickup**
Year: **2005**
Approximate mileage: **150,000+**
Other information:
Fair condition.

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$1,500.00**
Current value of the portion you own? **$1,500.00**

**3.2**
Make: **Toyota**
Model: **Camry**
Year: **1999**
Approximate mileage: **190,000+**
Other information:
To be redeemed.

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$500.00**
Current value of the portion you own? **$500.00**

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>  **$2,000.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

Debtor 1 **Clayton C. Jackson**
Debtor 2 **Minnie L. Jackson**                                          Case number *(if known)* **19-10254**

| | |
|---|---:|
| Refrigerator $200.00<br>Dishwasher 200.00<br>Stove 100.00<br>Washer 150.00<br>Dryer 150.00<br>Vacuum Cleaner 50.00<br>Dining Room Suite 300.00<br>Living Room Suite 300.00<br>Bedroom Suite 500.00<br>Microwave 25.00<br>Household Hand Tools 25.00<br>Utensils, Dishes and Cookware 50.00<br>Countertop Appliances 50.00<br>Lamps and Lighting 75.00<br>Personal Grooming Items 25.00<br>Holiday Decorations 25.00<br>Wall Hangings 50.00<br>Sheets and Bedding 50.00<br>Other Assorted Household Goods Not Listed Above 200.00<br>TOTAL $2525.00 | $2,525.00 |

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes. Describe.....

| | |
|---|---:|
| Television X3 $300.00<br>Computer and Accessories 300.00<br>Telephones 120.00<br>TOTAL $720.00 | $720.00 |

### 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes. Describe.....

### 9. Equipment for sports and hobbies
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No

☐ Yes. Describe.....

### 10. Firearms
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes. Describe.....

### 11. Clothes
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe.....

| | |
|---|---:|
| Clothing and footwear | $800.00 |

### 12. Jewelry
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

■ No

| Debtor 1 | Clayton C. Jackson | | Case number (if known) | 19-10254 |
|---|---|---|---|---|
| Debtor 2 | Minnie L. Jackson | | | |

☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

| Neutered rat terrier | $90.00 |
|---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................... | $4,135.00

**Part 4: Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes.................................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................

    Institution name:

| 17.1. | Checking | Wells Fargo (joint account) | $25.00 |
|---|---|---|---|
| 17.2. | Savings | Wells Fargo (joint account) | $5.00 |
| 17.3. | Checking | SRP FCU (Husband only) | $695.00 |
| 17.4. | Savings | SRP FCU (Husband only) | $1.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................        Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them.....................
           Name of entity:                                  % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

| Debtor 1 | Clayton C. Jackson | | Case number (if known) | 19-10254 |
|---|---|---|---|---|
| Debtor 2 | Minnie L. Jackson | | | |

■ No
☐ Yes. Give specific information about them
                Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No

■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| Retirement | Military Retirement (ongoing) | Unknown |
| Retirement | Georgia Teacher's Retirement (ongoing) | Unknown |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. ......................     Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes.............     Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes.............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes. Give specific information about them...

**Money or property owed to you?**         **Current value of the portion you own?**
                                                                                      Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

| Debtor 1 | Clayton C. Jackson | | Case number (if known) | 19-10254 |
|---|---|---|---|---|
| Debtor 2 | Minnie L. Jackson | | | |

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ☐ No
   ■ Yes. Give specific information..

| Social Security (ongoing) | Unknown |
|---|---|

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Prudential term life insurance ($200,000 face value) | Wife | $0.00 |

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☐ No
   ■ Yes. Describe each claim.........

| Product liability claim against the manufacturers of the Proton Pump Inhibitor -contingent damages for both affected spouse, and/or caretaking/surviving spouse. | $150,000.00 |
|---|---|

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
   ■ No
   ☐ Yes. Give specific information..

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here............................................................................................................. | **$150,726.00**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.
   ■ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
   ■ No
   ☐ Yes. Describe.....

Case:19-10254-SDB   Doc#:13   Filed:04/16/19   Entered:04/16/19 12:02:06   Page:8 of 13

| Debtor 1 | Clayton C. Jackson | | Case number *(if known)* | 19-10254 |
|---|---|---|---|---|
| Debtor 2 | Minnie L. Jackson | | | |

**39. Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
   ■ No
   ☐ Yes. Describe.....

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
   ☐ No
   ■ Yes. Describe.....

| Italian Ice carts | $1500.00 |
|---|---|
| Italian Ice supplies | $240.00 |
| Cups | $10.00 |
| Freezers | $250.00 |
| Total | $2000.00 |

$2,000.00

**41. Inventory**
   ■ No
   ☐ Yes. Describe.....

**42. Interests in partnerships or joint ventures**
   ■ No
   ☐ Yes. Give specific information about them...................
       Name of entity:                                              % of ownership:

**43. Customer lists, mailing lists, or other compilations**
   ■ No.
   ☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

   ■ No
   ☐ Yes. Describe.....

**44. Any business-related property you did not already list**
   ■ No
   ☐ Yes. Give specific information.........

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................................................................  $2,000.00

**Part 6.** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest In That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

Debtor 1  **Clayton C. Jackson**
Debtor 2  **Minnie L. Jackson**                                                            Case number *(if known)* **19-10254**

54. Add the dollar value of all of your entries from Part 7. Write that number here ..................................... | $0.00

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 .............................................................................................................. | | $215,601.00
56. Part 2: Total vehicles, line 5 | $2,000.00 |
57. Part 3: Total personal and household items, line 15 | $4,135.00 |
58. Part 4: Total financial assets, line 36 | $150,726.00 |
59. Part 5: Total business-related property, line 45 | $2,000.00 |
60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 |
61. Part 7: Total other property not listed, line 54 | + $0.00 |
62. Total personal property. Add lines 56 through 61... | $158,861.00 | Copy personal property total | $158,861.00
63. Total of all property on Schedule A/B. Add line 55 + line 62 | | | $374,462.00

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Clayton C. Jackson | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | Minnie L. Jackson | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF GEORGIA

Case number (if known): 19-10254

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt          4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Refrigerator $200.00**<br>**Dishwasher 200.00**<br>**Stove 100.00**<br>**Washer 150.00**<br>**Dryer 150.00**<br>**Vacuum Cleaner 50.00**<br>**Dining Room Suite 300.00**<br>**Living Room Suite 300.00**<br>**Bedroom Suite 500.00**<br>**Microwave 25.00**<br>**Household Hand Tools 25.00**<br>**Utensils, Dishes and Cookware 5**<br>Line from *Schedule A/B*: **6.1** | $2,525.00 | ■ $2,525.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Television X3 $300.00**<br>**Computer and Accessories 300.00**<br>**Telephones 120.00**<br>**TOTAL $720.00**<br>Line from *Schedule A/B*: **7.1** | $720.00 | ■ $720.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Clothing and footwear**<br>Line from *Schedule A/B*: **11.1** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |

| Debtor 1 | Clayton C. Jackson | | | Case number (if known) | 19-10254 |
|---|---|---|---|---|---|
| Debtor 2 | Minnie L. Jackson | | | | |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Neutered rat terrier**<br>Line from Schedule A/B: **13.1** | $90.00 | ■ $90.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Checking: Wells Fargo (joint account)**<br>Line from Schedule A/B: **17.1** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Savings: Wells Fargo (joint account)**<br>Line from Schedule A/B: **17.2** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Checking: SRP FCU (Husband only)**<br>Line from Schedule A/B: **17.3** | $695.00 | ■ $695.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Savings: SRP FCU (Husband only)**<br>Line from Schedule A/B: **17.4** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Retirement: Military Retirement (ongoing)**<br>Line from Schedule A/B: **21.1** | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(2)(E) |
| **Retirement: Military Retirement (ongoing)**<br>Line from Schedule A/B: **21.1** | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(2)(B) |
| **Retirement: Georgia Teacher's Retirement (ongoing)**<br>Line from Schedule A/B: **21.2** | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(2)(E) |
| **Social Security (ongoing)**<br>Line from Schedule A/B: **30.1** | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(2)(A) |
| **Prudential term life insurance ($200,000 face value)**<br>**Beneficiary: Wife**<br>Line from Schedule A/B: **31.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(8) |
| **Product liability claim against the manufacturers of the Proton Pump Inhibitor -contingent damages for both affected spouse, and/or caretaking/surviving spouse.**<br>Line from Schedule A/B: **33.1** | $150,000.00 | ■ $20,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(11)(D) |

| Debtor 1 | Clayton C. Jackson | | | Case number (if known) | 19-10254 |
|---|---|---|---|---|---|
| Debtor 2 | Minnie L. Jackson | | | | |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| Product liability claim against the manufacturers of the Proton Pump Inhibitor -contingent damages for both affected spouse, and/or caretaking/surviving spouse.<br>Line from Schedule A/B: 33.1 | $150,000.00 | ■ | $21,584.00 | O.C.G.A. § 44-13-100(a)(6) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Product liability claim against the manufacturers of the Proton Pump Inhibitor -contingent damages for both affected spouse, and/or caretaking/surviving spouse.<br>Line from Schedule A/B: 33.1 | $150,000.00 | ■ | $108,416.00 | O.C.G.A. § 44-13-100(a)(11)(E) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Product liability claim against the manufacturers of the Proton Pump Inhibitor -contingent damages for both affected spouse, and/or caretaking/surviving spouse.<br>Line from Schedule A/B: 33.1 | $150,000.00 | ■ | $0.00 | O.C.G.A. § 44-13-100(a)(11)(B) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Italian Ice carts     $1500.00<br>Italian Ice supplies   $240.00<br>Cups        $10.00<br>Freezers     $250.00<br>Total        $2000.00<br>Line from Schedule A/B: 40.1 | $2,000.00 | ■ | $2,000.00 | O.C.G.A. § 44-13-100(a)(7) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Italian Ice carts     $1500.00<br>Italian Ice supplies   $240.00<br>Cups        $10.00<br>Freezers     $250.00<br>Total        $2000.00<br>Line from Schedule A/B: 40.1 | $2,000.00 | ■ | $0.00 | O.C.G.A. § 44-13-100(a)(6) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

IN RE: )
)
Clayton & Minnie Jackson ) Chapter 7
) Case No.: 19-10254
)

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **AMENDED SCHEDULE A/B and C** upon the following by electronic filing.

Chapter 7 Trustee      United States Trustee

Dated: 16 April , 2019.

Bianca Martin

Leiden and Leiden
*A Professional Corporation*
330 Telfair Street
Augusta, GA 30901
706-724-8548
courtinfo@leidenandleiden.com