# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CHAPTER 7 |
| CLAYTON & MINNIE JACKSON, | * | CASE NO.: 19-10254 |
| *Debtor.* | * | |
| | * | |
| CLAYTON & MINNIE JACKSON, | * | |
| *Movant.* | * | |
| | * | |
| vs. | * | |
| | * | |
| TITLEMAX OF GEORGIA, INC., | * | |
| *Respondent.* | * | |

## NOTICE OF MOTION TO REDEEM PERSONAL PROPERTY UNDER SECTION 722

Debtor has filed a Motion with the court seeking permission to redeem personal property under section 722.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you have legal grounds to oppose the motion, or if you wish the Court to consider your views on the motion, you must file a written request for a hearing with the Clerk of the Bankruptcy Court before the expiration of twenty one (21) days from the date stated in the certificate of service.

If you mail your request for a hearing to the Court, you must mail it early enough so that it will be received within the time referenced above.

Any request for a hearing must be mailed to the moving party and all other persons indicated in the certificate of service attached to these pleadings.

If a timely request is filed, you will receive notice of the date, time and place of hearing.

If you or your attorney do not take these steps, the Court will decide that you do not oppose the relief sought in the motion and will enter an order granting it.

DATED this _3rd_ day of _June_, 2019.

_____
Terrance P. Leiden
Attorney for Debtor


Lucinda Rauback, Clerk
United States Bankruptcy Court
Southern District of Georgia

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CHAPTER 7 |
| CLAYTON & MINNIE JACKSON, | * | CASE NO.: 19-10254 |
| *Debtor.* | * | |
| | * | |
| CLAYTON & MINNIE JACKSON, | * | |
| *Movant.* | * | |
| | * | |
| vs. | * | |
| | * | |
| TITLEMAX OF GEORGIA, INC., | * | |
| *Respondent.* | * | |

## MOTION TO REDEEM PERSONAL PROPERTY UNDER SECTION 722

COMES NOW the Debtors, CLAYTON & MINNIE JACKSON, by and through their attorney, and herein file their Motion to Redeem Property under 11 U.S.C. Section 722. In support of this motion, Debtor avers the following:

1. TITLEMAX OF GEORGIA, INC. is a secured creditor and possesses a lien on the Debtor's 1999 Toyota Camry. Debtors assert that the fair market value of the collateral is $500.00, as set forth in Schedule A/B of his petition.

2. WHEREFORE, Debtors pray that the valuation of the 1999 Toyota Camry be set at $500.00 and upon immediate tender of this sum of money, that TITLEMAX OF GEORGIA, INC. cancel the lien and deliver the title secured by the collateral specified.

Respectfully submitted this ___3rd___ day of ___June___, 2019.

LEIDEN and LEIDEN

By: _____
TERRANCE P. LEIDEN
Ga. Bar No.: 445800

330 Telfair Street
Augusta, Georgia 30901
(706) 724-8548
courtinfo@leidenandleiden.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CHAPTER 7 |
| CLAYTON & MINNIE JACKSON, | * | CASE NO.: 19-10254 |
| *Debtor.* | * | |
| | * | |
| CLAYTON & MINNIE JACKSON, | * | |
| *Movant.* | * | |
| | * | |
| vs. | * | |
| | * | |
| TITLEMAX OF GEORGIA, INC., | * | |
| *Respondent.* | * | |

## ORDER ALLOWING DEBTOR TO REDEEM PROPERTY

After proper notice and no response having been filed by TITLEMAX OF GEORGIA, INC., the Motion is hereby granted.

It is hereby ORDERED, ADJUDGED and DECREED that the valuation of the 1999 Toyota Camry shall be $500.00 and upon immediate tender of this sum of money, that TITLEMAX OF GEORGIA, INC. cancel the lien secured by the collateral specified and return the title to the vehicle to the Debtors.

**[END OF DOCUMENT]**

Presented by:

_/s/ Terry Leiden_
TERRANCE P. LEIDEN
COUNSEL FOR DEBTOR
Ga. Bar No. 445800
LEIDEN and LEIDEN
330 Telfair Street
Augusta, Georgia 30901
(706) 724-8548
courtinfo@leidenandleiden.com

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | |
|---|---|
| IN RE: | * |
| | *   CHAPTER 7 |
| CLAYTON & MINNIE JACKSON, | *   CASE NO.: 19-10254 |
| *Debtor.* | * |
| | * |
| CLAYTON & MINNIE JACKSON, | * |
| *Movant.* | * |
| | * |
| vs. | * |
| | * |
| TITLEMAX OF GEORGIA, INC., | * |
| *Respondent.* | * |

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing **NOTICE OF MOTION TO REDEEM AND MOTION TO REDEEM PERSONAL PROPERTY UNDER SECTION 722** upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

| TITLEMAX OF GEORGIA, INC. | Chapter 7 Trustee | United States Trustee |
|---|---|---|
| ATTN: Officer/Agent | Via: Electronic Filing | Via; Electronic Filing |
| 3865 Washington Road | | |
| Martinez GA 30907 | | |

DATED this __3__ day of __June__, 2019.

LEIDEN and LEIDEN

By: _____
CARLY HOUCK
Legal Assistant

330 Telfair Street
Augusta, Georgia 30901
(706) 724-8548
courtinfo@leidenandleiden.com