**IT IS ORDERED as set forth below:**



**Date: July 1, 2019**

_____Susan D. Barrett_____
United States Bankruptcy Judge
Southern District of Georgia

---

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CHAPTER 7 |
| CLAYTON & MINNIE JACKSON, | * | CASE NO.: 19-10254 |
| *Debtor.* | * | |
| | * | |
| CLAYTON & MINNIE JACKSON, | * | |
| *Movant.* | * | |
| | * | |
| vs. | * | |
| | * | |
| TITLEMAX OF GEORGIA, INC., | * | |
| *Respondent.* | * | |

### ORDER ALLOWING DEBTOR TO REDEEM PROPERTY

After proper notice and no response having been filed by TITLEMAX OF GEORGIA, INC., the Motion is hereby granted.

It is hereby ORDERED, ADJUDGED and DECREED that the valuation of the 1999 Toyota Camry shall be $500.00 and upon immediate tender of this sum of money, that TITLEMAX OF GEORGIA, INC. cancel the lien secured by the collateral specified and return the title to the vehicle to the Debtors.

**[END OF DOCUMENT]**

Presented by:

*/s/ Terry Leiden*

TERRANCE P. LEIDEN
COUNSEL FOR DEBTOR
Ga. Bar No. 445800
LEIDEN and LEIDEN
330 Telfair Street
Augusta, Georgia 30901
(706) 724-8548
courtinfo@leidenandleiden.com